UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60287-CIV-DIMITROULEAS

JAMES MEARS,

    Plaintiff,

vs.

DEERFIELD REAL ESTATE DEVELOPMENT, LLC,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Verified Motion for Final Default Judgment against Defendants (the "Motion") [DE 12], filed herein on May 23, 2017. The Court has carefully considered the Motion [DE 12] and is otherwise fully advised in the premises.

On May 8, 2017, the Clerk entered a default against Defendant Deerfield Real Estate Development, LLC for failure to appear, answer or otherwise plead to the complaint filed herein within the time required. *See* [DE 10]. Thereafter, on May 23, 2017, Plaintiff filed the instant Motion [DE 12] seeking a default judgment against Defendant. On May 26, 2017, the Court issued an Order to Show Cause why this Motion should not be granted. [DE 13]. Defendant failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion [DE 12] is hereby **GRANTED**.

2.     In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 8th day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Deerfield Real Estate Development, LLC
200 McFarlane Drive, # 504
Delray Beach, FL 33483