UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-CV-60287-DIMITROULEAS

JAMES MEARS,

    Plaintiff,

vs.

DEERFIELD REAL ESTATE DEVELOPMENT, LLC,

    Defendant.
_____/

**ORDER VACATING DEFAULT AND**
**DISMISSING ACTION WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Vacate Default Against Defendant and Dismiss this Action Without Prejudice (the "Motion") [DE 16], filed herein on July 4, 2017. On June 9, 2017, the Court entered default judgment against Defendant and dismissed and closed this case. [DEs 14, 15]. In the instant Motion, Plaintiff states that he served the wrong individual and asks the Court to vacate the default against Defendant and dismiss the case without prejudice so that Plaintiff may re-file the case and properly effectuate service on Defendant. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 16] is **GRANTED**;

2. The Default Judgment Against Defendant, DEERFIELD REAL ESTATE DEVELOPMENT, LLC, [DEs 14, 15] is **VACATED**, set aside, and is of no further force or effect;

3. This action is dismissed without prejudice, all pending motions are denied as moot, and this case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 5th day of July, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
All Counsel of Record